IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No.

Plaintiff:   BRUCE R. CARVAJAL

v.

Defendant:   USAA CASUALTY INSURANCE COMPANY,
a Texas corporation
_____

COMPLAINT
_____

COMES NOW the Plaintiff, Bruce J. Carvajal, by and through his attorneys, Kiel & Trueax, L.L.C., and for his Complaint against the Defendant, USAA Casualty Insurance Company, states and alleges as follows:

1. This action is of a civil nature involving, exclusive of interest and costs, a sum in excess of $75,000. Every issue of law and fact herein is wholly between citizens of different states.

2. Jurisdiction is conferred on this Court by reason of 28 USC §1332(a).

3. Venue is proper by reason of 28 USC 1391(b)(2).

4. At all pertinent times mentioned herein, Plaintiff, Bruce R. Carvajal, was a natural person, a citizen of the United States, domiciled within Arapahoe County, State of Colorado, and a taxpayer of both Arapahoe County and the State of Colorado.

5. At all pertinent times mentioned herein, Defendant, USAA Casualty Insurance

1

Company (hereafter "USAA"), was an insurance company incorporated under the laws of the State of Texas and licensed by the Commissioner of Insurance of the State of Colorado to write automobile insurance policies in the State of Colorado, with a principal place of business is located at 9800 Fredericksburg Road, San Antonio, Texas 78228.

6.   On or about September 3, 2014, Plaintiff was the driver of a motor vehicle owned by him traveling southbound on Interstate Highway 25 in the leftmost lane approaching milepost 167 in the County of Douglas, State of Colorado.

7.   At the same time and place, a vehicle pulling a specialty container trailer and operated by an unidentified driver changed lanes from the rightmost lane into the left lane of Interstate Highway 25.

8.   As the vehicle pulling the specialty container trailer was changing lanes, the left rear portion of the trailer struck the right front side of Plaintiff's vehicle.  The impact caused Plaintiff's vehicle to veer across the left shoulder and strike the metal guard rail dividing the southbound and northbound lanes of the highway.

9.   The unidentified driver of the vehicle pulling the trailer did not stop and continued down the highway.

10.   The above-described collision was the sole and proximate result of the unidentified driver's negligent and careless operation of a motor vehicle.

11.   On the date of the collision, Plaintiff Bruce R. Carvajal was insured by Defendant USAA under Policy Number 004563131C 71024, which policy was in full force and effect.

12. The aforesaid policy covered Plaintiff for, among other things, uninsured motorist coverage, which provided that USAA would pay an insured driver for bodily injury damages that are caused by an uninsured or hit-and-run driver.

13. As a direct and proximate result of the negligence of the unidentified driver, as heretofore alleged, Plaintiff Bruce R. Carvajal has sustained multiple injuries, mental anguish, pain and suffering, permanent disability, and loss of enjoyment of life.

14. As a further direct and proximate result of the negligence of the unidentified driver, as heretofore alleged, Plaintiff has been rendered unable to attend to his usual occupation and duties and will be unable to attend to them in the future. As a result, Plaintiff has sustained a loss of past earnings and his earning capacity has been greatly impaired and will continue to be impaired in the future throughout the rest of his natural life.

15. As a further direct and proximate result of the negligence of the unidentified driver, as heretofore alleged, Plaintiff has incurred reasonable and necessary doctors' bills, hospital bills, bills for medications, and expenses for therapeutic treatment, and will incur in the future such bills, costs, and expenses.

WHEREFORE, Plaintiff Bruce R. Carvajal requests that judgment be entered in his favor against Defendant USAA Casualty Insurance Company in an amount to be determined at trial, plus costs, interest from the date of the collision as provided by law, and for such other and further relief as the Court deems just and proper.

Respectfully submitted this 21st day of August, 2017.

                            KIEL & TRUEAX, L.L.C.

                            By: /s/ Joseph Kiel
                            Joseph Kiel                     No. 16055
                            7375 East Orchard Road, Suite 300
                            Greenwood Village, Colorado 80111
                            Telephone: (303) 694-2666
                            Facsimile: (303) 694-2573
                            Email: klaus0540@aol.com
                            Attorneys for Plaintiff